## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.

ISS FACILITY SERVICES, INC.,

    Defendant.

CIVIL ACTION NO.
1:21-cv-03708-SCJ-RDC

## ORDER

Before the Court is the parties' Joint Motion to Stay Proceedings and Extend Dispositive Motion Deadlines.  (Doc. 32).  The parties advise that they are engaged in negotiations and believe more time may increase the likelihood of settlement.  They request the Court stay the proceedings for 60 days and extend the present deadlines for dispositive motions by 60 days.

For good cause shown, the motion is **GRANTED**.  The proceedings are stayed through October 7, 2022.  Any motions for summary judgment must be filed by **October 24, 2022**, and if no motions for summary judgment are filed, the Proposed Consolidated Pretrial Order will be due on **October 31, 2022**.

IT IS SO **ORDERED** on this 9th day of August 2022.

REGINA D. CANNON
United States Magistrate Judge