**EXHIBIT A**

[Company letterhead]

To Whom It May Concern:

      ISS Facility Services, Inc. provides facility management services at its clients' worksites. Ms. Ronishia Moncrief was employed by ISS Facility Services, Inc. as a Health, Safety and Environmental Manager at the Takeda Pharmaceutical manufacturing facility in Covington, Georgia from May 28, 2018 until September 11, 2020. In that position, Ms. Moncrief was responsible for conducting safety inspections, investigating and reporting workplace incidents, conducting safety trainings, and identifying potential workplace hazards. We wish Ms. Moncrief the best in her future endeavors.

                                                        Sincerely,

                                                        [Name]