**EXHIBIT B**

**AMERICANS WITH DISABILITIES ACT COMPLIANCE**

ISS is committed to complying fully with the Americans with Disabilities Act ("ADA") and applicable state and local laws and to ensuring equal opportunity in employment for qualified persons with disabilities, including pregnancy-related disabilities. Employment opportunities with the Company are based on an individual's ability to perform the essential functions of a specific job.

The Company will make reasonable accommodations to aid qualified disabled applicants and employees in performing the essential job functions of their positions. The Company also makes reasonable accommodations for conditions related to pregnancy, childbirth, or related medical conditions, if requested on the advice of the employee's health care provider, and as required by applicable law.

If you believe that you need an accommodation to help you in performing the essential functions of your job, it is important that you immediately notify People & Culture or your supervisor verbally or in writing. Depending on the nature of your disability, you may be requested to provide medical information from your health care provider. This information will be kept confidential to the maximum extent possible.

The Company will engage in the interactive process with you to identify the precise job-related limitations imposed by your disability and how those limitations could be overcome with a reasonable accommodation. The Company will consider your requested accommodation and any others identified by you or the Company during the process, but will select and implement the accommodation that is most appropriate for the Company and you. In the event the Company is unable to provide you with a reasonable accommodation, the Company will notify you of the reason in writing within 30 days of your request, or as soon as practicable under the circumstances.

All work-related decisions, such as recruitment, hiring, training, promotion, transfer, layoff, recall, compensation and benefits, discipline, and termination of employment are made and administered without regard to an applicant or employee's disability. The Company will not take a negative employment action against an employee for requesting a reasonable accommodation.

No person, including any Company employee, customer, vendor, or visitor, is authorized to act in a manner inconsistent with this policy. The Company will promptly investigate any complaints of disability discrimination or retaliation arising under this policy. Employees who wish to make a complaint under this policy should use one of the reporting methods outlined in Section IV (F) of this handbook, entitled "Filing a Complaint." Any employee found to have this policy will be subject to appropriate disciplinary action as determined by the Company, up to and including termination of employment.