**EXHIBIT C**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** )<br>)<br>) | |
| Plaintiff, ) | **CIVIL ACTION NO.** |
| ) | |
| v. ) | **1:21-cv-03708-SCJ-RDC** |
| ) | |
| **ISS FACILITY SERVICES, INC.,** ) | |
| ) | |
| Defendant. ) | |

**EMPLOYEE NOTICE**

1.     This Notice is posted pursuant to a settlement between the U.S. Equal Employment Opportunity Commission ("EEOC"), and ISS Facility Services, Inc. ("Defendant"), arising from a case filed by the EEOC against ISS, which alleged violations of the Title I of the Americans with Disabilities Act of 1990, as amended, (the "ADA"). ISS denied these allegations.

2.     Federal law requires that employers not discriminate against any employee or applicant for employment because of the individual's race, color, religion, sex, national origin, age (40 or older), disability, or genetic information. Federal law also prohibits retaliation against employees because they have opposed unlawful employment discrimination, or because they gave testimony or assistance in or participated in an employment discrimination investigation, proceeding, or hearing, or otherwise asserted their rights under the laws enforced by the U.S. Equal Employment Opportunity Commission.

3.     Defendant will comply with such federal law in all respects. Furthermore, Defendant will not take any actions against employees because they have exercised their rights, reported an alleged violation under the law or given testimony,

assistance, or participation in any investigation, proceeding, or hearing conducted by the U.S. Equal Employment Opportunity Commission.

4.  An employee has the right, and is encouraged to exercise that right, to report allegations of employment discrimination in the workplace.  An employee may contact their local U. S. Equal Employment Opportunity Commission field office for the purpose of filing a charge of employment discrimination.  To locate the nearest field office, contact:

> Equal Employment Opportunity Commission
> 131 M. Street, N.E.
> Washington, DC 20507
> TEL: 1-800-669-4000
> TTY: 1-800-669-6820

5.  This Notice will remain posted for at least two (2) years by agreement with the U.S. Equal Employment Opportunity Commission. DO NOT REMOVE THIS NOTICE UNTIL: _____, 2024.